FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 19, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JENNIPHER POFFENBERGER, | No.    4:18-cv-5105-EFS |
| Plaintiff, | |
| v. | **ORDER DISMISSING CASE** |
| VRAJESH K. PATEL, | |
| Defendant. | |

On September 19, 2022, the parties filed a stipulated dismissal.[1]

Consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a),

**IT IS HEREBY ORDERED:**

1.    All claims are **DISMISSED WITH PREJUDICE**.

2.    All pending motions are **DENIED AS MOOT.**

3.    The trial and all hearings and other deadlines are **STRICKEN.**

///

//

/

---

[1] ECF No. 123.

ORDER DISMISSING CASE - 1

4.     The Clerk's Office is directed to **CLOSE** this file.

IT IS SO ORDERED.  The Clerk's Office is directed to enter this order and provide copies to all counsel.

**DATED** this 19th   day of September 2022.

_____
EDWARD F. SHEA
Senior United States District Judge

ORDER DISMISSING CASE - 2