Victoria L. Vreeland, WSBA No. 08046
Diego A. Rondón Ichikawa, WSBA No. 46814
VREELAND LAW PLLC
500 108th Avenue NE, Suite 740
Bellevue, WA 98004
Tel: (425) 623-1300
Fax: (425) 623-1310
Email: vicky@vreeland-law.com
Email: diego@vreeland-law.com
Attorneys for Plaintiff

William D. McCool, WSBA No. 09605
6 East Alder Street, Suite 425
P.O. Box 514
Walla Walla, WA 99362
Tel: (509) 525-2630
Fax: (509) 525-2640
E-mail: assistyou@mccoollaw.net
Attorney for Defendant

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 20, 2022

SEAN F. MCAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
AT SPOKANE

| | |
|---|---|
| JENNIPHER POFFENBERGER,<br><br>                   Plaintiff,<br><br>v.<br><br>VRAJESH K. PATEL,<br><br>                   Defendant. | NO. 4:18-cv-05105-EFS<br><br>**STIPULATED JUDGMENT AND ORDER** |

STIPULATED JUDGMENT - 1 of 5
(NO. 4:18-cv-05105-EFS)
{2255.02 - 00109458}

VREELAND LAW PLLC
CITY CENTER BELLEVUE
500 108TH AVENUE NE, SUITE 740
BELLEVUE, WASHINGTON 98004
(425) 623-1300 - FACSIMILE (425) 623-1310

| | | |
|---|---|---|
| 1. | Judgment Creditor: | Jennipher Poffenberger |
| 2. | Judgment Creditor's Attorneys: | Victoria L. Vreeland<br>Diego A. Rondón Ichikawa<br>VREELAND LAW PLLC |
| 3. | Judgment Debtor: | Vrajesh K. Patel |
| 4. | Principal Judgment Amount: | $40,000.00 (Forty Thousand Dollars) |

5. Principal Judgment Amount shall bear interest at the state rate of twelve percent (12%) per annum from the date of entry of judgment.

BASED ON THE STIPULATION OF THE PARTIES, acting individually and by and through their counsel of record as evidenced by their signatures below, judgment shall be entered and awarded against Vrajesh K. Patel in the amount of Forty Thousand Dollars ($40,000.00), under the following terms and stipulated agreements for entry of this Judgment and Order against defendant Vrajesh K. Patel. This Stipulated Judgment and Order provides for ongoing protections for plaintiff and her family, and represents a compromised amount for the general damages sustained by plaintiff Jennipher Poffenberger arising from the assaults, criminal and tortious acts of Vrajesh K. Patel. He has admitted his conduct was intentional, willful, and deliberate against her as to all claims alleged in this action, including a portion of such acts for which he has been criminally convicted in state court, under Walla Walla

STIPULATED JUDGMENT - 2 of 5
(NO. 4:18-cv-05105-EFS)
{2255.02 - 00109458}

VREELAND LAW PLLC
CITY CENTER BELLEVUE
500 108TH AVENUE NE, SUITE 740
BELLEVUE, WASHINGTON 98004
(425) 623-1300 - FACSIMILE (425) 623-1310

County Superior Court Cause No. 17-1-00347-3.

NOW THEREFORE, based on the foregoing STIPULATION to the terms below, IT IS HEREBY ORDERED, ADJUDGED, and DECREED as follows:

A. Plaintiff Jennipher Poffenberger is hereby granted JUDGMENT against Vrajesh K. Patel for the intentional, willful, and deliberate tortious acts against her in the amount of Forty Thousand Dollars ($40,000.00), together with interest at the rate of twelve percent (12%) per annum from the date of entry of this Judgment.

B. Defendant Vrajesh K. Patel shall provide a full copy of this Stipulated Judgment and Order and the Judgment reflecting his criminal conviction as part of any application process or proceeding in which he seeks to have his medical license reinstated or a medical license granted by any governmental body in the United States or Canada.

C. Defendant Vrajesh K. Patel shall not make any contact, directly or indirectly or through any means or medium, with Plaintiff Jennipher Poffenberger or her children, for the remainder of his lifetime.

D. This Stipulated Judgment and Order may be filed of record in any state court or federal district court in accordance with state and/or federal laws and procedures, to enable enforcement of its terms or collection.

STIPULATED JUDGMENT - 3 of 5
(NO. 4:18-cv-05105-EFS)
{2255.02 - 00109458}

VREELAND LAW PLLC
CITY CENTER BELLEVUE
500 108TH AVENUE NE, SUITE 740
BELLEVUE, WASHINGTON 98004
(425) 623-1300 - FACSIMILE (425) 623-1310

IT IS SO ORDERED.

DONE IN OPEN COURT THIS 20th day of September, 2022.

*[signature]*

JUDGE EDWARD F. SHEA

IT IS SO STIPULATED AND AGREED:

VREELAND LAW PLLC

*[signature]*

Victoria L. Vreeland, WSBA No. 08046
Diego A. Rondón Ichikawa, WSBA No. 46814
*Attorneys for Plaintiff Poffenberger*

Dated: Sept 19, 2022

*[signature]*

William D. McCool, WSBA No. 09605
*Attorney for Defendant Patel*

Dated: Sept 16, 2022

*[signature]*

Vrajesh K. Patel, individually

Dated: September 16, 2022

STIPULATED JUDGMENT - 4 of 5
(NO. 4:18-cv-05105-EFS)
{2255.02 - 00109458}

VREELAND LAW PLLC
CITY CENTER BELLEVUE
500 108TH AVENUE NE, SUITE 740
BELLEVUE, WASHINGTON 98004
(425) 623-1300 - FACSIMILE (425) 623-1310

## CERTIFICATE OF SERVICE

I hereby certify that on September 19, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which in turn automatically generates a Notice of Electronic Filing to the following:

William D. McCool, WSBA No. 09605      *Attorney for Defendant*
6 East Alder Street, Suite 425
P.O. Box 514
Walla Walla, WA 99362
Tel: (509) 525-2630
Fax: (509) 525-2640
E-mail: williamdmccool@gmail.com

DATED this 19th day of September, 2022.

*s/ Zan Ferguson*
Zan Ferguson, Office Administrator
VREELAND LAW PLLC
500 108th Avenue NE, Suite 740
Bellevue, WA 98004
Tel: (425) 623-1300
Fax: (425) 623-1310
Email: zan@vreeland-law.com

STIPULATED JUDGMENT - 5 of 5
(NO. 4:18-cv-05105-EFS)
{2255.02 - 00109458}

**VREELAND LAW PLLC**
CITY CENTER BELLEVUE
500 108TH AVENUE NE, SUITE 740
BELLEVUE, WASHINGTON 98004
(425) 623-1300 - FACSIMILE (425) 623-1310